```
RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Richard Sepulveda
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Sepulveda,<br><br>        Plaintiff,<br>Vs.<br><br>The Star on Grand, LLC, et al.,<br><br>        Defendants. | Case Number 23-6233 LJC<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |

Plaintiff Richard Sepulveda, and Defendants, The Star on Grand, LLC and Grand Milano Ristorante, Inc. (together, "Defendants"), by and through their respective attorneys of record (attorney for Plaintiff is Richard A. Mac Bride; attorney for said Defendants is Emmett Gilman of the O'Hagan Meyer), hereby stipulate as follows:

1. Plaintiff entered into a written Settlement Agreement and General Release in this matter whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all defendants named in the complaint, all parties to bear their own respective attorney fees and costs.

2. This written settlement agreement was entered into by Plaintiff and said defendants The Star on Grand, LLC and Grand Milano Ristorante, Inc., and provides for dismissal as against all defendants, both these said defendants and all others as well, once the settlement payments are complete.

3. The terms of the Settlement Agreement providing for dismissal having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all defendants. Defendants David K.W. Lee and Jennie H.A. Kwan, who did not file an answer or sign the settlement agreement, will be dismissed separately at the same time as this stipulation is filed.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Richard Sepulveda                                    3/19/2024

Law Office of O'Hagan Meyer       – By: Emmett Gilman /s/ Emmett Gilman

Attorney for defendants The Star on Grand, LLC and Grand Milano Ristorante, Inc.   3/19/2024

FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on March 19, 2024, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Emmett Gilman, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Sepulveda v. The Star on Grand, LLC, et al., Case No. 23-6233 LJC, is dismissed with prejudice with respect to defendants The Star on Grand, LLC and Grand Milano Ristorante, Inc., and all causes of action, with each party to bear his/her/its own attorney's fees and costs.

Date: March 25, 2024

Lisa J. Cisneros
United States Magistrate Judge